IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:05CR258-3-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| DARRELL PROFFITT, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on counsel for the Defendant's "Motion For Extension Of Time" (document #89) filed February 9, 2006. For the reasons stated therein, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED:**

1. Counsel for the Defendant's deadline for filing pre-trial motions is hereby extended until March 15, 2006.

2. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: February 9, 2006

Carl Horn, III
United States Magistrate Judge