IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:05CR258-3-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DARRELL PROFFITT, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on counsel for the Defendant's "Motion To Join Co-Defendants Motions" (document #88) filed February 9, 2006. The Motion is hereby **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: February 9, 2006

Carl Horn, III
United States Magistrate Judge